**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEREMIAH BUTCHER,** | : | |
| **Petitioner,** | : | |
| | : | **No. 1:20-cv-01994** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **CATRICIA HOWARD,** | : | |
| **Respondent** | : | |

## <u>ORDER</u>

**AND NOW**, on this 5th day of January 2021, in accordance with the Memorandum

issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C.
   § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania